MANUEL A. MARTINEZ (SBN 115075)
PATRICIA L. BONHEYO (SBN 194155)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
Emails:  mmartinez@steinlubin.com
         pbonheyo@steinlubin.com

**E-filed 7/21/05**

Attorneys for Defendant
IRELAND SAN FILIPPO, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNAPSIS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EVERGREEN DATA SYSTEMS, INC., a California corporation, BRUCE R. MCALLISTER, STEVEN J. DEMARTINI, IRELAND SAN FILIPPO, LLP, a California limited liability partnership, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 05-01524 JF<br><br>STIPULATION TO WITHDRAW IRELAND SAN FILIPPO, LLP'S MOTION TO DISMISS FOR FAILURE TO ALLEGE FACTS SUFFICIENT TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (FRCP 12(B)(6))<br><br>Date:  July 22, 2005<br>Time:  9:00 a.m.<br>Dept:  3, 5th Floor<br>Judge: Jeremy Fogel |

WHEREAS, defendant Ireland San Filippo, LLP ("ISP") has filed a Motion to Dismiss for Failure to Allege Facts Sufficient To State A Claim Upon Which Relief May Be Granted, which is currently scheduled to be heard on July 22, 2005.

WHEREAS, on July 13, 2005, this Court has granted defendants Evergreen Data Systems, Inc.'s, Bruce R. McAllister's, and Steven J. Demartini's Motion to Dismiss with leave to amend.

WHEREAS, Plaintiff Synapsis, LLC ("Plaintiff") has informed ISP that it intends to file an amended complaint containing new allegations concerning ISP.

WHEREAS, ISP and Plaintiff wish to conserve the parties' and judicial resources by agreeing to allow ISP to withdraw ISP's pending Motion to Dismiss, currently scheduled for hearing on July 22, 2005;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Synapsis, LLC and defendant Ireland San Filippo, LLP, through their respective counsel, as follows:

1. ISP's Motion to Dismiss is hereby withdrawn.

Dated: July 8, 2005

STEIN & LUBIN LLP

By: _____
Manuel A. Martinez
Attorneys for Defendant
IRELAND SAN FILIPPO, LLP

Dated: July 21, 2005

Law Offices of Jeffrey F. Sax

By: _____
Jeffrey F. Sax
Attorneys for Plaintiff
SYNAPSIS, LLC

## ORDER

Pursuant to the Stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

DATE: 7/21/05

/s/electronic signature authorized
_____
The Honorable Jeremy Fogel
Judge, United States District Court