\*\*E-filed 3/7/06\*\*

LAW OFFICES OF JEFFREY F. SAX
Jeffrey F. Sax (SBN 109902)
333 South Hope Street, 36th Floor
Los Angeles, CA 90071
Telephone: (213) 217-5480
Facsimile: (213) 217-5490
jsax@sswesq.com

LAW OFFICES OF H. Joseph Nourmand
H. Joseph Nourmand (SBN 126925)
660 Figueroa Street, 24th Street
Los Angeles, CA 90017
Telephone: (213) 688-2888
Facsimile: (213) 688-2848
hjnourmand@aol.com

Attorneys for Plaintiff SYNAPSIS, LLC

MANUEL A. MARTINEZ (SBN 115075)
PATRICIA L. BONHEYO (SBN 194155)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
mmartinez@steinlubin.com
pbonheyo@steinlubin.com

Attorneys for Defendant
IRELAND SAN FILIPPO, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNAPSIS, LLC, a Nevada Limited Liability Company,<br><br>   Plaintiff,<br><br>v.<br><br>EVERGREEN DATA SYSTEMS, INC., a California corporation, BRUCE R. MCALLISTER, STEVEN J. DEMARTINI, IRELAND SAN FILIPPO, LLP, a California limited liability partnership, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. C 05-01524 JF<br><br>**STIPULATION & [PROPOSED] ORDER RE: TIME TO FILE AMENDED COMPLAINT** |

1          **WHEREAS**, this Court entered an order on or about January 9, 2006 granting

2  Ireland San Filippo, LLP's ("ISF") motion to dismiss plaintiff Synapsis, LLC's ("Synapsis")

3  breach of contract claim against ISF with leave to amend;

4          **WHEREAS**, the order did not specify a deadline for Synapsis to file an amended

5  complaint;

6          **IT IS HEREBY STIPULATED**, by and between Synapsis and ISF, through their

7  respective counsel, pursuant to Civil Local Rule 7-12, that any amended complaint filed by

8  Synapsis respect to its claim against ISF must be filed on or before March 8, 2006.

9          **IT IS SO STIPULATED.**

Dated: February 23, 2006

LAW OFFICES OF JEFFREY F. SAX

By: _____
Jeffrey F. Sax
Attorneys for Plaintiff
SYNAPSIS, LLC

Dated: February 23, 2006

STEIN & LUBIN LLP

By: _____
Patricia L. Bonheyo
Attorneys for Defendant
IRELAND SAN FILIPPO, LLP

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/7/06

HON. JEREMY FOGEL
United States District Judge

CERTIFICATE OF SERVICE

I, Mey Y. SaePhan, hereby declare under penalty of perjury under the laws of the State of California that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Stein & Lubin LLP and my business address is 600 Montgomery Street, 14th Floor, San Francisco, CA 94111

On February 23, 2006, I caused the following documents to be served:

**STIPULATION & [PROPOSED] ORDER RE: TIME TO FILE AMENDED COMPLAINT**

in the following manner

(X)   (BY PLACING FOR COLLECTION AND MAILING) I placed copies of said document(s) for collection and mailing on the date and at the place shown above following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business in the United States mail in a sealed envelope, with postage fully prepaid. The documents were addressed as follows:

| | |
|---|---|
| **Jeffrey F. Sax**<br>Law Offices of Jeffrey F. Sax<br>333 S. Hope Street, Suite 3600<br>Los Angeles, CA 90071 | **H. Joseph Nourmand**<br>Law Offices of H. Joseph Nourmand<br>660 S. Figueroa Street, 24th Floor<br>Los Angeles, CA 90017 |
| *Attorneys for Plaintiff Synapsis, Inc.* | *Attorneys for Plaintiff Synapsis, LLC* |

**Jonathan Pink**
Lewis Brisbois Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626

*Attorneys for Defendants Evergreen Data Systems, Inc., Bruce R. McAllister and Steven J. DeMartini*

Executed on February 23, 2006, at San Francisco, California.

_____
Mey Y. SaePhan