LEWIS BRISBOIS BISGAARD & SMITH LLP
DANIEL C. DECARLO, SB# 160307
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email:      decarlo@lbbslaw.com

LEWIS BRISBOIS BISGAARD & SMITH LLP
JONATHAN PINK, SB # 179685
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 668-5589

\*\*E-filed 5/25/06\*\*

Attorneys for Defendants & Related Counter-Claimants, EVERGREEN DATA SYSTEMS, INC., BRUCE R. MCALLISTER and STEVEN J. DEMARTINI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SYNAPSIS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EVERGREEN DATA SYSTEMS, INC., a California Corporation, BRUCE R. MCALLISTER, an individual, STEVEN J. DEMARTINI, an individual, IRELAND SAN FILIPPO, LLP, a California limited liability partnership, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | CASE NO. CV05-01524 JF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DATE OF MEDIATION**<br><br>Action filed: January 10, 2005 |

Lewis Brisbois
Bisgaard & Smith LLP
Suite 1400
650 Town Center Drive
Costa Mesa, CA 92626
(714) 545-9200

4841-3121-1009.1

1

STIPULATION AND PROPOSED ORDER CONTINUING DATE OF MEDIATION

1  PLAINTIFF SYNAPSIS, LLC, ("Synapsis") and defendants IRELAND SAN
2  FILIPPO, LLP, ("ISF"), EVERGREEN DATA SYSTEMS, INC., ("Evergreen"),
3  STEVEN J. DEMARTINI, ("DeMartini"), and BRUCE R. MCALLISTER,
4  ("McAllister") by and through their attorneys of record, hereby agree as follows:
5  WHEREAS, the Court in this matter has scheduled a further Case
6  Management Conference for July 7, 2006;
7  WHEREAS, the Court previously ordered the parties to conduct mediation in
8  this matter during the month of May, 2006;
9  WHEREAS, the parties reasonably believe that mediation in this matter will
10 be most productive following additional discovery;
11 Now therefore the parties stipulate that:
12 1.   The Court ordered mediation in this matter shall be continued to a
13 mutually convenient date in July, 2006; and
14 2.   The parties shall select a mediator and a date for mediation within
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

LEWIS BRISBOIS
BISGAARD & SMITH LLP
Suite 1400
650 Town Center Drive
Costa Mesa, CA 92626
(714) 545-9200

4841-3121-1009.1

2

STIPULATION AND PROPOSED ORDER CONTINUING DATE OF MEDIATION

1  fourteen days (14) following the execution of this Stipulation.
2
3  DATED: May 22, 2006         LEWIS BRISBOIS BISGAARD & SMITH LLP
4
5                              By _____
                                   Daniel C. DeCarlo
6                                  Jonathan S. Pink
                                   Attorneys for Defendants EVERGREEN
7                                  DATA SYSTEMS, INC., BRUCE R.
                                   MCALLISTER and STEVEN J.
8                                  DEMARTINI
9
10 DATED: May 19, 2006          STEIN & LUBIN LLP
11
12
                                By _____
13                                 Manuel A. Martinez
                                   Attorneys for Defendant IRELAND
14                                 SAN FILIPPO, LLP
15
16 DATED: May ___, 2006         LAW OFFICES OF JEFFREY F. SAX
17
18
                                By _____
19                                 Jeffrey F. Sax
                                   Attorneys for Plaintiff SYNAPSIS, LLC
20
21 DATED: May ___, 2006         LAW OFFICES OF H. JOSEPH
22                              NOURMAND
23
24                              By _____
                                   H. Joseph Nourmand
25                                 Attorneys for Plaintiff SYNAPSIS, LLC
26
27
28

LEWIS BRISBOIS
BISGAARD & SMITH LLP
Suite 1400
650 Town Center Drive
Costa Mesa, CA 92626
(714) 545-9200

4841-3121-1009.1
3
STIPULATION AND PROPOSED ORDER CONTINUING DATE OF MEDIATION

05-19-2006  15:36  From-SHUMAKERSTECKBAUERWEINHART        2132292875        T-576  P.004/004  F-537

1  fourteen days (14) following the execution of this Stipulation.

2

3  DATED:  May ____, 2006        LEWIS BRISBOIS BISGAARD & SMITH LLP

4

5                                By _____
                                  Daniel C. DeCarlo
6                                 Jonathan S. Pink
                                  Attorneys for Defendants EVERGREEN
7                                 DATA SYSTEMS, INC., BRUCE R.
                                  MCALLISTER and STEVEN J.
8                                 DEMARTINI

9

10 DATED:  May ____, 2006        STEIN & LUBIN LLP

11

12
                                  By _____
13                                Manuel A. Martinez
                                  Attorneys for Defendant IRELAND
14                                SAN FILIPPO, LLP

15

16 DATED:  May 19, 2006          LAW OFFICES OF JEFFREY F. SAX

17

18
                                  By _____
19                                Jeffrey F. Sax
                                  Attorneys for Plaintiff SYNAPSIS, LLC
20

21 DATED:  May ____, 2006        LAW OFFICES OF H. JOSEPH
                                 NOURMAND
22

23

24                                By _____
                                  H. Joseph Nourmand
25                                Attorneys for Plaintiff SYNAPSIS, LLC

26

27

28

Lewis Brisbois
Bisgaard & Smith LLP
Suite 1400
650 Town Center Drive
Costa Mesa, CA 92626
(714) 545-9200

4841-3121-1009.1

3

STIPULATION AND PROPOSED ORDER CONTINUING DATE OF MEDIATION

Case 5:05-cv-01524-JF   Document 108   Filed 05/25/06   Page 5 of 7

fourteen days (14) following the execution of this Stipulation.

DATED: May ____, 2006          LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Daniel C. DeCarlo
Jonathan S. Pink
Attorneys for Defendants EVERGREEN
DATA SYSTEMS, INC., BRUCE R.
MCALLISTER and STEVEN J.
DEMARTINI

DATED: May ____, 2006          STEIN & LUBIN LLP

By _____
Manuel A. Martinez
Attorneys for Defendant IRELAND
SAN FILIPPO, LLP

DATED: May ____, 2006          LAW OFFICES OF JEFFREY F. SAX

By _____
Jeffrey F. Sax
Attorneys for Plaintiff SYNAPSIS, LLC

DATED: May 22, 2006            LAW OFFICES OF H. JOSEPH NOURMAND

By _____
H. Joseph Nourmand
Attorneys for Plaintiff SYNAPSIS, LLC

4841-3121-1009.1

3

STIPULATION AND PROPOSED ORDER CONTINUING DATE OF MEDIATION

After considering the parties' Stipulation, the Court rules as follows:

1. The Court ordered mediation in this matter shall be continued to a mutually convenient date in July, 2006; and

2. The parties shall select a mediator and a date for mediation within fourteen days (14) following the execution of this Stipulation.

IT IS SO ORDERED:

DATED: 5/25/06

By: *[signature]*
The Honorable Jeremy Fogel
United States District Court Judge

# PROOF OF SERVICE

Synapsis, LLC v. Evergreen Data Systems, Inc., et al. - File No. 26851.04
USDC - Northern District - San Jose Division

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, California 92626.

On May 22, 2006, I served the following document described as: STIPULATION AND PROPOSED ORDER CONTINUING DATE OF MEDIATION on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Jeffrey F. Sax, Esq.<br>Law Offices of Jeffrey F. Sax<br>333 S. Hope Street, 36th Floor<br>Los Angeles, CA 90071<br>213.217.5480<br>213.217.5490 - Fax<br>Attorneys for Plaintiff Synapsis, LLC | H. Joseph Nourmand, Esq.<br>Law Offices of H. Joseph Nourmand<br>660 South Figueroa Street, 24th Floor<br>Los Angeles, CA 90017<br>213.688.2888<br>213.688.2848 - Fax<br>Attorneys for Plaintiff Synapsis, LLC |
| Manuel A. Martinez, Esq.<br>Patricia L. Boneheyo, Esq.<br>Stein & Lubin<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>415.981.0550<br>415.981.4343 - fax<br>Attorneys for Co-Defendant,<br>Ireland San Filippo | |

[ ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

[X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 22, 2006, at Costa Mesa, California.

Carolyn J. Reyes

4841-3121-1009.1

5

STIPULATION AND PROPOSED ORDER CONTINUING DATE OF MEDIATION

LEWIS BRISBOIS BISGAARD & SMITH LLP
Suite 1400
650 Town Center Drive
Costa Mesa, CA 92626
(714) 545-9200