**LAW OFFICES OF JEFFREY F. SAX**

Jeffrey F. Sax  (SBN: 109902)
333 South Hope Street, 36th Floor
Los Angeles, CA 90071
Telephone:  (213) 217-5480
Facsimile:  (213) 217-5490

**\*\*E-filed 6/1/06\*\***

**LAW OFFICES OF H. JOSEPH NOURMAND**

H. Joseph Nourmand  (SBN: 126925)
727 W. 7th Street, Suite 800
Los Angeles, CA 90017
Telephone:  (213) 688-2888
Facsimile:  (213) 688-2848

Attorneys for **Plaintiff**
**Synapsis, LLC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA  SAN  JOSE  DIVISION

| | |
|---|---|
| SYNAPSIS, LLC, a Nevada Limited Liability Company, | Case No:  C 05-01524 JF |
| Plaintiffs | **[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE FILING DOCUMENTS UNDER SEAL PURSUANT TO THE NOVEMEBER 17, 2005 PROTECTIVE ORDER** |
| vs. | |
| EVERGREEN DATA SYSTEMS, INC., a California Corporation, BRUCE R. MCALLISTER, an individual, STEVEN J. DEMARTINI, an individual, IRELAND SAN FILIPPO, LLP, a California limited liability partnership, and DOES 1 through 10, inclusive,, | |
| Defendants. | DATE:  June 23, 2006 TIME:   9:00 a.m. CTRM:  3 |
| | Hon. Jeremy Fogel, Judge Presiding |

LAW OFFICES OF
JEFFREY F. SAX
333 South Hope  Street
36th Floor
Los Angeles  CA 90071
(213)  217-5480

1

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE FILING DOCUMENTS UNDER SEAL PURSUANT TO THE NOVEMEBER 17, 2005 PROTECTIVE ORDER

1      FOR GOOD CAUSE SHOWN,

2      PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF IS HEREBY

3  GRANTED.  The Declaration of Jeffrey F. Sax and Exhibits A-F attached thereto,

4  submitted in opposition to Defendant Ireland San Filipo's motion for summary

5  judgment scheduled for hearing on June 23, 2006 shall be filed under seal,

6  effective on May 30, 2006.

7  Dated: ____June 1_____, 2006

8

9

10

11  _____

12  Hon. Jeremy Fogel,
   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
JEFFREY F. SAX
333 South Hope Street
36th Floor
Los Angeles, CA 90071
(213) 217-5480

1

**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE FILING
DOCUMENTS UNDER SEAL PURSUANT TO THE NOVEMEBER 17, 2005 PROTECTIVE
ORDER**