


AUG 0 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

WILLIAM S. AKEL
P.O. Box 17002
Encino, CA 91316
Telephone: (818) 906-8036
wmakel@yahoo.com
In Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EVERGREEN DATA SYSTEMS, INC., a California Corporation, BRUCE R. MCALLISTER, an individual, STEVEN J. DEMARTINI, an individual, <br><br> Counter-Claimants, <br><br> vs. <br><br> WILLIAM AKEL, an individual, <br><br> Counter-Defendant | CASE NO.   05-CV-1524 JF <br><br> Judge: Honorable Jeremy Fogel <br><br> **COUNTER-DEFENDANT WILLIAM AKEL'S MOTION TO REQUEST COURT FOR GRANTING REPRESENTATION IN PRO SE AND E-FILE ACCESSIBILITY** <br><br> Original Action Filed:   January 10, 2005 <br><br> Counter-Complaint Filed: January 30, 2006 |

### TO THE HONORABLE JUDGE JEREMY FOGEL

Counter-Defendant William Akel ("CD-Akel") hereby requests permission from this Court to be allowed to represent himself in the above entitled action. CD-Akel meets all the technical requirements and will meet all of the rules and orders of this Court. Additionally, CD-Akel has a PACER account and hereby requests this Court to grant CD-Akel the ability to file electronically to make filing with this Court and retrieving information from this Court much easier and faster.

---

**COUNTER-DEFENDANT WILLIAM AKEL'S MOTION TO REQUEST COURT FOR GRANTING REPRESENTATION IN PRO SE AND E-FILE ACCESSIBILITY**

DATED: July 31, 2006

By: _____
WILLIAM S. AKEL, In Pro Se

FOR GOOD CAUSE SHOWN,
COUNTER-DEFENDANT WILLIAM AKEL'S MOTION IS HEREBY GRANTED.

Dated: __8/3/06__, 2006

_____
HON. JEREMY FOGEL
United States District Judge

COUNTER-DEFENDANT WILLIAM AKEL'S MOTION TO REQUEST COURT FOR GRANTING REPRESENTATION IN PRO SE AND E-FILE ACCESSIBILITY