**LAW OFFICES OF JEFFREY F. SAX**
Jeffrey F. Sax  (SBN: 109902)
333 South Hope Street, 36th Floor
Los Angeles, CA 90071
Telephone:  (213) 217-5480
Facsimile:  (213) 217-5490

**E-filed 8/30/06**

**LAW OFFICES OF H. JOSEPH NOURMAND**
H. Joseph Nourmand  (SBN: 126925)
727 W. 7th Street, Suite 800
Los Angeles, CA 90017
Telephone:  (213) 688-2888
Facsimile:  (213) 688-2848

Attorneys for **Plaintiff**
**Synapsis, LLC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA  SAN  JOSE  DIVISION

| | |
|---|---|
| SYNAPSIS, LLC, a Nevada Limited Liability Company, <br><br> Plaintiffs <br><br> vs. <br><br> EVERGREEN DATA SYSTEMS, INC., a California Corporation, BRUCE R. MCALLISTER, an individual, STEVEN J. DEMARTINI, an individual, IRELAND SAN FILIPPO, LLP, a California limited liability partnership, and DOES 1 through 10, inclusive,, <br><br> Defendants. | Case No:  C 05-01524 JF <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE FILING DOCUMENTS UNDER SEAL PURSUANT TO THE NOVEMEBER 17, 2005 PROTECTIVE ORDER <br><br> DATE: September 8, 2006 <br> TIME:  9:00 a.m. <br> CTRM: 3 <br><br> Hon. Jeremy Fogel, Judge Presiding |

1

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE FILING DOCUMENTS UNDER SEAL PURSUANT TO THE NOVEMEBER 17, 2005 PROTECTIVE ORDER

LAW OFFICES OF
JEFFREY F. SAX
333 South Hope Street
36th Floor
Los Angeles,  CA 90071
(213)  217-5480

1  FOR GOOD CAUSE SHOWN,

2  PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF IS HEREBY

3  GRANTED.  The Memorandum of Points and Authorities Filed Under Seal and The

4  Declaration of Jeffrey F. Sax and Exhibits A, and G-M attached thereto, submitted

5  in opposition to Defendant Ireland San Filipo's motion for summary judgment

6  scheduled for hearing on September 8, 2006 shall be filed under seal, effective on

7  August 18, 2006.

8  Dated: _____8/31_____, 2006

_____
Hon. Jeremy Fogel,
United States District Judge

**LAW OFFICES OF**
**JEFFREY F. SAX**
333 South Hope Street
36th Floor
Los Angeles, CA 90071
(213) 217-5480

1

**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE FILING DOCUMENTS UNDER SEAL PURSUANT TO THE NOVEMEBER 17, 2005 PROTECTIVE ORDER**

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 333 South Hope Street, 36th Floor, Los Angeles, CA 90071.

     On May 30, 2006, I served the following described as **DECLARATION OF WILLIAM AKEL IN OPPOSITION TO MOTION BY IRELAND SAN FILIPPO, LLP FOR SUMMARY JUDGMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Manuel A. Martinez, Esq.<br>Stein & Lubin LLP<br>600 Montgomery Street, Ste 1200<br>San Francisco, California 94111<br>Facsimile: 415-981-4343 | Daniel C. DeCarlo, Esq.<br>Lewis, Brisbois, Bisgaard & Smith<br>221 N. Figueroa St., 14th Floor<br>Los Angeles, CA 90012<br>Facsimile: 213-250-7900 |

Shawn Toliver, Esq.
Lewis, Brisbois, Bisgaard & Smith
One Sansome Street, Suite 1400
San Francisco, CA 94104
Facsimile: 415-434-0882

**[X]** **(MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence by mail. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]** **(BY FAX)** I caused such document to be sent by facsimile to the offices of the addressees.

**[x]** **(FEDERAL)** I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on May 30, 2006 at Los Angeles, California.

                              _____
                                  Tobi Dragert

LAW OFFICES OF
JEFFREY F. SAX
333 South Hope Street
36th Floor
Los Angeles, CA 90071
(213) 217-5480

2

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE FILING DOCUMENTS UNDER SEAL PURSUANT TO THE NOVEMEBER 17, 2005 PROTECTIVE ORDER