\*\*E-Filed 12/13/2006\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SYNAPSIS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>EVERGREEN DATA SYSTEMS, INC., et al.,<br><br>    Defendants.<br>EVERGREEN DATA SYSTEMS, INC., et al.,<br><br>    Counter-Claimants,<br><br>v.<br><br>WILLIAM AKEL, et al.,<br><br>    Counter- Defendants. | Case Number C 05-01524 JF (RS)<br><br>ORDER[1] MODIFYING SCHEDULING ORDER<br><br>[re: docket no. 198] |

On December 7, 2006, Plaintiff Synapsis, LLC moved to modify the scheduling order and continue all dates for thirty days. Defendants Evergreen Data Systems, Inc., Bruce R. McAllister, and Steven J. DeMartini oppose the motion.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-01524 JF (RS)
ORDER MODIFYING SCHEDULING ORDER
(JFLC1)

1  Having considered the papers submitted by each party, the Court hereby adopts the
2  following schedule for the instant action:

3  <u>Event</u>                          <u>Date</u>
4  Discovery Cut Off                February 21, 2007
5  MSJ Hearing Date Reserved        February 16, 2007
6  MSJ Date Cut Off                 March 8, 2007
7  Expert Disclosure Cut Off        March 8, 2007
8  Expert Rebuttal Cut Off          March 22, 2007
9  Expert Discovery Cut Off         March 21, 2007
10 Pre-Trial Conference Date        April 20, 2007
11 Trial Date                       June 25, 2007

13 IT IS SO ORDERED.

15 DATED: December 13, 2006

_____
JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

| | |
|---|---|
| William Shibly Akel | wmakel@counterstrike.com |
| Daniel C. DeCarlo | decarlo@lbbslaw.com, kkim@lbbslaw.com; pink@lbbslaw.com; creyes@lbbslaw.com |
| Manuel Albert Martinez | MMartinez@steinlubin.com, msaephan@steinlubin.com |
| Jonathan S. Pink | pink@lbbslaw.com, creyes@lbbslaw.com |
| Michael Navid Radparvar | radparvar@lbbslaw.com, |
| Jeffrey F. Sax | jsax@sswesq.com |

Notice will be delivered by other means to:

H Joseph Nourmand
H Joseph Nourmand Law Offices
660 S. Figueroa Street
24th Floor
Los Angeles, CA 90017

3

Case No. C 05-01524 JF (RS)
ORDER MODIFYING SCHEDULING ORDER
(JFLC1)