**LAW OFFICES OF JEFFREY F. SAX**
Jeffrey F. Sax (SBN: 109902)
660 South Figueroa Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 623-5700
Facsimile: (213) 623-5900

**E-filed 3/7/07**

**PARKER MILLS MORIN LLP**
William K. Mills (SBN: 107222)
865 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Attorneys for **Plaintiff**
**Synapsis, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| SYNAPSIS, LLC, a Nevada Limited Liability Company, <br><br> Plaintiffs <br><br> vs. <br><br> EVERGREEN DATA SYSTEMS, INC., etc., et al, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM | Case No: C 05-01524 JF <br><br> **STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE FROM JANUARY 28, 2007 TO FEBRUARY 28, 2007, ETC.** <br><br> Hon. Jeremy Fogel, Judge Presiding |

{00081410.DOC}

1  Plaintiff and Counter-Defendant SYNAPSIS, LLC, and Defendants & Related
2  Counter-Claimants Evergreen Data Systems, Inc., Bruce R. McAllister and Steven J.
3  Demartini by and through their attorneys stipulate as follows:
4  WHEREAS, the current discovery cut-off date is January 28, 2007; and
5  WHEREAS, the parties agreed to extend the discovery cut-off date to February 28,
6  2007 and the deposition cut off date for certain depositions to March 6, 2007; except that
7  Synapsis' PMK and third party witness Tim Short may be deposed on or before April 3,
8  2007, and Brian Falor may be deposed after the discovery cut-off at a time convenient to
9  Mr. Falor and all parties.
10 IT IS HEREBY STIPULATED by and between the parties hereto through their
11 respective attorneys of record to extend the discovery cut-off date to February 28, 2007 and
12 the deposition cut off date for certain depositions to March 6, 2007; except that Synapsis'
13 PMK and third party witness Tim Short may be deposed on or before April 3, 2007, and
14 Brian Falor may be deposed after the discovery cut-off at a time convenient to Mr. Falor
15 and all parties.

16 DATED: February 28, 2007

William K. Mills
PARKER MILLS MORAN LLP

_____
William K. Mills
Attorney for Plaintiff
**SYNAPSIS, LLC**

21 DATED: February 28, 2007

LEWIS BRISBOIS BISGAARD &
SMITH LLP

_____
Daniel C. DeCarlo
Jonathan S. Pink
Attorneys for Defendants & Related
Counter-Claimants **EVERGREEN DATA SYSTEMS, INC., BRUCE R. MCALLISTER AND STEVEN J. DEMARTINI**

LAW OFFICES OF
JEFFREY F. SAX
660 South Figueroa Street
Suite 2400
Los Angeles, CA 90017
(213) 623-5700

{00081410.DOC}

1

STIPULATION TO EXTEND THE DISCOVERY CUT OFF DATE FROM
JANUARY 28, 2007 TO FEBRUARY 28, 2007, ETC.

## ORDER

Considering the foregoing stipulation,

IT IS SO ORDERED.

DATED: ~~February~~ 7, 2007
       March

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
JEFFREY F. SAX
660 South Figueroa Street
Suite 2400
Los Angeles, CA 90017
(213) 623-5700

{00081410.DOC}

2

STIPULATION TO EXTEND THE DISCOVERY CUT OFF DATE FROM
JANUARY 28, 2007 TO FEBRUARY 28, 2007, ETC.