**E-filed 3/19/07**

**LAW OFFICES OF JEFFREY F. SAX**
JEFFREY F. SAX (State Bar No. 109902)
600 South Figueroa Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 623-5700
Facsimile: (213) 623-5900

**PARKER MILLS MORIN LLP**
DAVID B. PARKER (State Bar No. 72192)
Parker@pmmlaw.com
WILLIAM K. MILLS (State Bar No. 107222)
Mills@pmmlaw.com
865 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5431
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Attorneys for Plaintiff
SYNAPSIS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SYNAPSIS, LLC, a Nevada Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> EVERGREEN DATA SYSTEMS, INC., etc., <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM | Case No.: CV-05-01524 JF <br><br> **STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE CUT-OFF DATE TO MARCH 28, 2007** <br><br><br> Hon. Jeremy Fogel, Judge Presiding |

Plaintiff and Counter-Defendant SYNAPSIS, LLC, and Defendants & Related Counter-Claimants Evergreen Data Systems, Inc., Bruce R. McAllister and Steven J. Demartini by and through their attorneys stipulate as follows:

WHEREAS, the current expert witness disclosure cut-off date is March 8, 2007; and

---

1

**STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE CUT-OFF DATE TO MARCH 28, 2007**

WHEREAS, the parties have agreed to extend expert witness disclosure cut-off date is March 28, 2007.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record to extend expert witness disclosure cut-off date is March 28, 2007.

DATED: March 2, 2007

Jeffrey F. Sax
THE LAW OFFICES OF JEFFREY F. SAX

David B. Parker
William K. Mills
PARKER MILLS MORIN LLP

By: *William Karl Mills*
William K. Mills
Attorneys for Plaintiff **SYNAPSIS, LLC**

DATED: March 14, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

Daniel C. DeCarlo
Jonathan S. Pink
Attorneys for Defendants & Related Counter-Claimants **EVERGREEN DATA SYSTEMS, INC., BRUCE R. MCALLISTER AND STEVEN J. DEMARTINI**

**ORDER**

Considering the foregoing stipulation,

IT IS SO ORDERED.

DATED: March  19 , 2007

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE

PARKER MILLS MORIN LLP

3

**STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE CUT-OFF DATE TO MARCH 28, 2007**