**E-Filed 5/1/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNAPSIS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EVERGREEN DATA SYSTEMS, INC., et al.,<br><br>　　　　　　Defendants.<br>AND RELATED COUNTER CLAIMS | Case Number C 05-01524 JF (RS)<br><br>ORDER[1] RE MOTION FOR REVIEW OF COSTS<br><br>[re: docket no. 247] |

Having reviewed the papers submitted by the parties, the Court concludes that the motion for review of the taxation of costs filed by former counter-defendant William Akel may be resolved without oral argument. *See* Civ. L.R. 7-1(b). Accordingly, the motion hearing currently scheduled for May 11, 2007 is vacated.

IT IS SO ORDERED.

DATED: MAY 1, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-01524 JF (RS)
ORDER RE MOTION FOR REVIEW OF COSTS
(JFLC1)

1  This Order has been served upon the following persons:

| | |
|---|---|
| William Shibly Akel | wmakel@counterstrike.com |
| Daniel C. DeCarlo | decarlo@lbbslaw.com, kkim@lbbslaw.com; pink@lbbslaw.com; creyes@lbbslaw.com |
| Manuel Albert Martinez | MMartinez@steinlubin.com, msaephan@steinlubin.com |
| William Karl Mills | mills@pmmlaw.com, mills@pacbell.net |
| Jonathan S. Pink | pink@lbbslaw.com, creyes@lbbslaw.com |
| Michael Navid Radparvar | radparvar@lbbslaw.com, |
| Jeffrey F. Sax | jsax@saxlaw.net |

2