ORIGINAL

FILED
JUN 27 2007

[Clerk stamp: RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DANIEL C. DECARLO, SB# 160307
2  221 North Figueroa Street, Suite 1200
   Los Angeles, California 90012
3  Telephone: (213) 250-1800
   Facsimile: (213) 250-7900
4  Email: decarlo@lbbslaw.com

5  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JONATHAN PINK, SB # 179685
6  650 Town Center Drive, Suite 1400
   Costa Mesa, California 92626
7  Telephone: (714) 668-5589
   Facsimile: (714) 850-1030
8  Email: pink@lbbslaw.com

9  Attorneys for Defendant & Related Counter-claimants EVERGREEN DATA
   SYSTEMS, INC., BRUCE R. McALLISTER, and STEVEN J. DEMARTINI
10

11            UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13 | SYNAPSIS, LLC, a Nevada Limited ) CASE NO. CV05-01524 JF
   | Liability Company               )
14 |                                 ) [PROPOSED] ORDER "LOCKING"
   |           Plaintiff,            ) FROM PUBLIC VIEWING THE
15 |                                 ) LAST TWO PAGES OF EXHIBIT
   |      v.                         ) "C" IN EVERGREEN'S MOTION IN
16 |                                 ) LIMINE #1.
   | EVERGREEN DATA SYSTEMS, INC.,   )
17 | a California Corporation; BRUCE R.) Action Filed:   01/10/05
   | McALLISTER, an individual; STEVEN) Trial Date:     07/16/07
18 | J. DEMARTINI, an individual;    )
   | IRELAND SAN FILIPPO, LLP, a     ) Hearing Date: June 25, 2007
19 | California limited liability partnership;) Hearing Time: 10:00 a.m.
   | and DOES 1 through 10, inclusive,) Location:     280 South First Street,
20 |                                 )               San Jose, California
   |                                 )               95113-3008,
21 |           Defendants.           )               Courtroom #3
22 |                                 )
   | AND RELATED COUNTER CLAIMS.     )
23 |                                 )

24        It having come to the attention of this Court that the last two pages of Exhibit
                                                        filed docket 257, attachment 1,
25   "C" to defendant Evergreen Data System's Motion in Limine No. 1 contain

26   information designated by plaintiff Synapsis LLC as "attorneys' eyes only," it is

27   hereby ordered that those two pages be henceforth "locked" from public viewing.

28        Nothing about this Order shall preclude Evergreen from filing a motion to

4839-1393-4593.1                    -1-

1  remove the "attorneys eyes only" designation from the aforementioned documents
2  pursuant to Section 6.3 of the Stipulated Protective Order in this case.
3  IT IS SO ORDERED.

5  Dated: _____6/25_____, 2007

THE HONORABLE JEREMY FOGEL
FEDERAL DISTRICT JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4839-1393-4593.1                    -2-