**E-Filed 10/26/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNAPSIS, LLC, a Nevada Limited Liability Company,<br><br>                 Plaintiff,<br><br>   v.<br><br>EVERGREEN DATA SYSTEM, INC.,<br><br>                 Defendant. | Case Number CV 05-1524<br><br>ORDER[1] DENYING APPLICATION FOR LEAVE TO FILE BRIEF SUPPORTING IN PART AND OPPOSING IN PART PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY FEES<br><br>[re: docket no. 305] |

### IV. ORDER

Non-parties William Akel, Brian Falor, Paul Schilling and Adam Simms seek leave to file a brief amici curiae in support of and in opposition to Plaintiff's opposition to Defendant's motion for attorney's fees, pursuant to Civil L.R. 7.11(c)[2] of this Court. Because the individuals

---

[1] This disposition is not designated for publication and may not be cited.

[2] Civil L.R. 7.11(c) Action by the Court. Unless otherwise ordered, a Motion for Administrative Relief is deemed submitted for immediate determination without hearing on the day after the opposition is due.

1  seeking leave have not shown that they have a cognizable interest in the outcome of the motion
2  or demonstrated that the merits of the motion will not be argued adequately by the parties of
3  record, IT IS HEREBY ORDERED that the application for leave to file a brief amici curiae is
4  DENIED.

6  DATED: October 26, 2007

                                                          JEREMY FOGEL
                                                          United States District Judge

Case No. CV 05-1524
ORDER DENYING APPLICATION OF AMICI CURIAE FOR LEAVE TO FILE
(JFEX1)

1 | This Order has been served upon the following persons:

2 | **William S. Akel**
wmakel@yahoo.com

3

4 | **H Joseph Nourmand**
H Joseph Nourmand Law Offices
660 S. Figueroa Street
5 | 24th Floor
Los Angeles, CA 90017
6

7 | **Jeffrey F. Sax**

8 | jsax@saxlaw.net

9

10 | **John S. Siamas**
Morgan Franich Fredkin and Marsh
99 Almaden Boulevard
11 | Suite 1000
San Jose, CA 95113-1606
12

13 | **Shawn Adrian Toliver**
Email: toliver@lbbslaw.com

14

15 | **Manuel Albert Martinez**
Email: MMartinez@steinlubin.com
16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. CV 05-1524
ORDER DENYING APPLICATION OF AMICI CURIAE FOR LEAVE TO FILE
(JFEX1)